

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| (1) UNITED STATES OF AMERICA,<br>*Plaintiff*<br>v.<br>(4) ROBERT PALMS,<br>*Defendant* | ) ) ) ) ) ) ) ) | Civil Action No.  19-CV-698-JED-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROBERT PALMS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marianne Hardcastle
Assistant United States Attorney
110 W. 7th Street, Suite 300
Tulsa, OK 74119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 2 0 2019

Mark C. McCartt, Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| (1) UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br><br>v.<br><br>(3) REGINALD PROMISE,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  19-CV-698-JED-FHM<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  REGINALD PROMISE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marianne Hardcastle
Assistant United States Attorney
110 W. 7th Street, Suite 300
Tulsa, OK 74119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 20 2019

Mark C. McCartt, Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

(1) UNITED STATES OF AMERICA,

*Plaintiff*

v.  Civil Action No.  19-CV-698-JED-FHM

(2) NATALIE MCCURTAIN PALMS,

*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NATALIE MCCURTAIN PALMS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marianne Hardcastle
Assistant United States Attorney
110 W. 7th Street, Suite 300
Tulsa, OK 74119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark C. McCartt, Clerk

Date: DEC 2 0 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| (1) UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br>(1) RAMAR TRAVELLE PALMS,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 19-CV-698-JED-FHM<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RAMAR TRAVELLE PALMS




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marianne Hardcastle
Assistant United States Attorney
110 W. 7th Street, Suite 300
Tulsa, OK 74119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark C. McCartt, Clerk

Date: DEC 2 0 2019

*Signature of Clerk or Deputy Clerk*